IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ABDUL AHMED ASALATI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-1423-M |
| | ) | |
| ALBERTO GONZALES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On March 27, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's motion to dismiss be granted and petitioner's Petition for a Writ of Habeas Corpus be dismissed as moot. The parties were advised of their right to object to the Report and Recommendation by April 9, 2007. A review of the file reveals no objection has been filed.

Upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 27, 2007;

(2) GRANTS respondent's motion to dismiss [docket no. 10], and

(3) DISMISSES petitioner's Petition for a Writ of Habeas Corpus as moot.

**IT IS SO ORDERED this 30th day of April, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE